OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

**9/9/2015**

**MARTINEZ, FERNANDO      Tr. Ct. No. 832556-A                          WR-83,753-01**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

FERNANDO MARTINEZ
ETOWAH COUNTY DETENTION CENTER
827 FORREST AVE.
GADSDEN, AL 35901                                    UTF

9/22/15

RTS

N3B 35901